# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                           §
                                 §
LUX, FRANK                       §    Case No. 09-25016
LUX, ANNEMARIE                   §
                                 §
               Debtor(s)         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-25016 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LUX, FRANK | | Date Filed (f) or Converted (c): | 07/10/09 (f) |
| | LUX, ANNEMARIE | | 341(a) Meeting Date: | 08/03/09 |
| For Period Ending: | 05/23/12 | | Claims Bar Date: | 11/27/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 Bedroom/2 bathrooms/ranch Home 1823 Paddock Ct G | 157,000.00 | 0.00 | | 88,763.79 | FA |
| 2. Savings Bank Financial 1409 Peterson Rd, Libertyvi | 400.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking Bank Financial 1409 Peterson Rd, Libertyv | 700.00 | 0.00 | | 0.00 | 0.00 |
| 4. Furniture and household appliances Residence | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. 3 small Lladro's Residence | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. Clothing Residence | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Wedding rings, pearls, costume jewelry Residence | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. Golf clubs (25 years old) Residence | 400.00 | 0.00 | | 0.00 | 0.00 |
| 9. Metropolitan Life Insurance Metropolitan Life Insu | 26,381.21 | 0.00 | | 0.00 | 0.00 |
| 10. Annuity Genworth Insurance Lynchberg, VA | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. Annuity Alliance | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. 401(k) with work SVU Star-410k | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 13. 1989 Honda Civic 2 Door - 100,500 Miles Residence | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. 2002 Honda Civic 4 Door - 95,000 miles Residence | 6,200.00 | 0.00 | | 0.00 | 0.00 |
| 15. Computer Residence | 400.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 48.53 | Unknown |
| TOTALS (Excluding Unknown Values) | $203,181.21 | $0.00 | | $88,812.32 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL HOUSE OWNED BY THE DEBTOR. TRUSTEE HAS SOLD HOUSE. TRUSTEE TO EMPLOY AN ACCOUNTANT AND PREPARE HIS FINAL REPORT. TRUSTEE HAS EMPLOYED AN ACCOUNTANT AND WILL FILE A FINAL REPORT BY MARCH 31, 2012.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-25016 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LUX, FRANK | Date Filed (f) or Converted (c): | 07/10/09 (f) |
| | LUX, ANNEMARIE | 341(a) Meeting Date: | 08/03/09 |
| | | Claims Bar Date: | 11/27/09 |

Initial Projected Date of Final Report (TFR): 05/31/11      Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-25016 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LUX, FRANK | | Bank Name: | BANK OF AMERICA, N.A. |
| | LUX, ANNEMARIE | | Account Number / CD #: | *******1053  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9961 | | | |
| For Period Ending: | 05/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/09 | 1 | Butler Family Trust | Proceeds from sale of real estate | | 88,763.79 | | 88,763.79 |
| | | BUTLER FAMILY TRUST | Memo Amount:  140,000.00 | 1110-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:  ( 42,568.77 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | | Memo Amount:  ( 8,275.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:  ( 392.44 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| | | | Misc. expenses | | | | |
| 10/29/09 | 000301 | Frank & Annemarie Lux | Homestead Exemption | 8100-002 | | 30,000.00 | 58,763.79 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.62 | | 58,767.41 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.65 | | 58,771.06 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.50 | | 58,773.56 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.49 | | 58,776.05 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.25 | | 58,778.30 |
| 03/26/10 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 69.89 | 58,708.41 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.50 | | 58,710.91 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.41 | | 58,713.32 |
| 05/19/10 | 000303 | Churchill, Quinn, Richtman & Hamilton | Attorney fees per court order | 3210-000 | | 850.00 | 57,863.32 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.47 | | 57,865.79 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.39 | | 57,868.18 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.45 | | 57,870.63 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.47 | | 57,873.10 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.38 | | 57,875.48 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.45 | | 57,877.93 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.39 | | 57,880.32 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.46 | | 57,882.78 |

Page Subtotals        88,802.67        30,919.89

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-25016 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LUX, FRANK | | Bank Name: | BANK OF AMERICA, N.A. |
| | LUX, ANNEMARIE | | Account Number / CD #: | *******1053  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9961 | | | |
| For Period Ending: | 05/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.46 | | 57,885.24 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.44 | | 57,885.68 |
| 03/29/11 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 28.33 | 57,857.35 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,857.84 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 57,858.31 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.50 | | 57,858.81 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,859.29 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,859.78 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,860.27 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,860.75 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,861.24 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.71 | 57,787.53 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 57,788.00 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.24 | 57,716.76 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,717.24 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.16 | 57,646.08 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,646.57 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 75.60 | 57,570.97 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 57,571.43 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 68.42 | 57,503.01 |
| 03/11/12 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 48.35 | 57,454.66 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,455.14 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 70.67 | 57,384.47 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.48 | | 57,384.95 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 72.91 | 57,312.04 |

Page Subtotals        9.65        580.39

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: | 09-25016 -ABG |
| Case Name: | LUX, FRANK |
| | LUX, ANNEMARIE |
| Taxpayer ID No: | *******9961 |
| For Period Ending: | 05/23/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1053  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 140,000.00 | COLUMN TOTALS | 88,812.32 | 31,500.28 | 57,312.04 |
| Memo Allocation Disbursements: | 51,236.21 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 88,812.32 | 31,500.28 | |
| Memo Allocation Net: | 88,763.79 | Less: Payments to Debtors | | 30,000.00 | |
| | | Net | 88,812.32 | 1,500.28 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 140,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 51,236.21 | Money Market Account (Interest Earn - *******1053 | 88,812.32 | 1,500.28 | 57,312.04 |
| Total Memo Allocation Net: | 88,763.79 | | 88,812.32 | 1,500.28 | 57,312.04 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                                   Ver: 16.06b
LFORM24

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 23, 2012 |
|---|---|---|---|---|---|---|

Case Number: 09-25016  
Debtor Name: LUX, FRANK

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $0.00 | $4,005.50 | $4,005.50 |
| 001<br>3410-00 | COOKE & LEWIS, LTD. | Administrative | | $0.00 | $2,905.00 | $2,905.00 |
| 000001<br>070<br>7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $5,834.57 | $5,834.57 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $496.51 | $496.51 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $562.42 | $562.42 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $6,408.25 | $6,408.25 |
| 000005<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $5,735.86 | $5,735.86 |
| 000006<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $16,358.88 | $16,358.88 |
| 000007<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $1,853.88 | $1,853.88 |
| 000008<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $0.00 | $1,267.28 | $1,267.28 |
| 000009<br>070<br>7100-00 | Wells Fargo Financial Illinois, Inc<br>4137 121st Street<br>Urbandale IA 50323 | Unsecured | | $0.00 | $703.00 | $703.00 |

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: May 23, 2012

Case Number: 09-25016
Debtor Name: LUX, FRANK

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $0.00 | $1,432.51 | $1,432.51 |
| 000011 070 7100-00 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $0.00 | $2,680.97 | $2,680.97 |
| 000012 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $8,199.49 | $8,199.49 |
| 000013 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $27,246.81 | $27,246.81 |
| 000014 070 7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Union<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $2,534.01 | $2,534.01 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $76.68 | $76.68 |
| | Case Totals: | | | $0.00 | $88,301.62 | $88,301.62 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-25016
Case Name: LUX, FRANK
            LUX, ANNEMARIE
Trustee Name: JOSEPH E. COHEN

Balance on hand                                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000006 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000008 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |
| 000009 | Wells Fargo Financial Illinois, Inc<br>4137 121st Street<br>Urbandale IA 50323 | $ | $ | $ |
| 000010 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000014 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Union<br>POB 41067<br>NORFOLK VA 23541 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE