## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| LUX, FRANK | § | Case No. 09-25016 |
| LUX, ANNEMARIE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 7/20/12 in Courtroom,

North Branch Court

1792 Nicole Lane

Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| LUX, FRANK | § | Case No. 09-25016 |
| LUX, ANNEMARIE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| The Final Report shows receipts of | $ | 140,048.53 |
|---|---|---|
| and approved disbursements of | $ | 82,736.49 |
| leaving a balance on hand of[1] | $ | 57,312.04 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 8,752.43 | $ 0.00 | $ 8,752.43 |
| Trustee Expenses: JOSEPH E. COHEN | $ 101.37 | $ 0.00 | $ 101.37 |
| Attorney for Trustee Fees: COHEN & KROL | $ 4,005.50 | $ 0.00 | $ 4,005.50 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 2,625.00 | $ 0.00 | $ 2,625.00 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ 280.00 | $ 0.00 | $ 280.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 76.68 | $ 76.68 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 15,764.30 |
|---|---|---|
| Remaining Balance | $ | 41,547.74 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,314.44  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  51.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $     5,834.57 | $     0.00 | $     2,981.18 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $     496.51 | $     0.00 | $     253.69 |
| 000003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $     562.42 | $     0.00 | $     287.37 |
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $     6,408.25 | $     0.00 | $     3,274.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 5,735.86 | $ 0.00 | $ 2,930.75 |
| 000006 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 16,358.88 | $ 0.00 | $ 8,358.60 |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 1,853.88 | $ 0.00 | $ 947.24 |
| 000008 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ 1,267.28 | $ 0.00 | $ 647.52 |
| 000009 | Wells Fargo Financial Illinois, Inc 4137 121st Street Urbandale IA 50323 | $ 703.00 | $ 0.00 | $ 359.20 |
| 000010 | GE Money Bank dba SAM'S CLUB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 1,432.51 | $ 0.00 | $ 731.94 |
| 000011 | GE Money Bank dba WALMART Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 2,680.97 | $ 0.00 | $ 1,369.85 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 8,199.49 | $ 0.00 | $ 4,189.54 |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 27,246.81 | $ 0.00 | $ 13,921.80 |
| 000014 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Union POB 41067 NORFOLK VA 23541 | $ 2,534.01 | $ 0.00 | $ 1,294.75 |

Total to be paid to timely general unsecured creditors          $          41,547.74

Remaining Balance          $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                                                    TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 09-25016-ABG
Frank Lux                                                                  Chapter 7
Annemarie Lux
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt          Page 1 of 3          Date Rcvd: Jun 20, 2012
                             Form ID: pdf006         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2012.
db          #+Frank Lux,    1823 Paddock Court,    Grayslake, IL 60030-9319
jdb         #+Annemarie Lux,    1823 Paddock Court,    Grayslake, IL 60030-9319
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
14147306      American First Credit Union,    PO Box 60035,    La Habra, CA 90631-4026
14147307      Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
14147308      Capital One Bank,    PO Box 30281,    Salt Lake City, UT  84130-0281
14147309     +Chase - TJX Companies,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14147311      Chase BP,    Po Box 15298,    Wilmington, DE 19850-5298
14147310     +Chase Bank USA,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14440292      Chase Bank USA,N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14517054     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14147312     +Citibank,    701 E 60th St N,    Sioux Falls, SD 57104-0493
14147313      ExxonMobil/Citibank,    Credit Bureau Disp,    PO box 6497,    Sioux Falls, SD 57117-6497
14147314     +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
14147315     +HSBC Best Buy,    PO Box 5253,    Carol Stream, IL 60197-5253
14147317     +Macy's,    PO Box 183084,    Columbus, OH 43218-3084
14147318      Menards,    PO Box 17602,    Baltimore, MD 21297-1602
14769346     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Union,
              POB 41067,    NORFOLK VA 23541-1067
14147320     +Park Ridge Community Bank,    626 Talcott Road,    PO Box 829,    Park Ridge, IL 60068-0829
14147322     +Sears,    PO Box 183081,    Columbus, OH 43218-3081
14147324     +TJ Maxx,    PO box 15298,    Wilmington, DE 19850-5298
14147325      TNB - Visa,    PO Box 673,    Minneapolis, MN 55440-0673
14147323     +Target,    PO box 59317,    Minneapolis, MN 55459-0317
14147326     +Union Plus Master Card,    PO Box 80027,    Salinas, CA 93912-0027
14147330      WFN - Dress Barn,    PO Box 182273,    Columbus, OH 43218-2273
14147329     +Wells Fargo Auto Finance,    PO Box 29704,    Phoenix, AZ 85038-9704
14662524     +Wells Fargo Financial Illinois, Inc,    4137 121st Street,    Urbandale IA 50323-2310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14753408      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2012 03:20:03
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK  73124-8809
14726832     +E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2012 03:23:16     GE Money Bank dba SAM'S CLUB,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14726834     +E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2012 03:23:16     GE Money Bank dba WALMART,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14147316     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 21 2012 01:11:32     Kohls/Chase,
              N56W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
14147319     +E-mail/Text: bnc@nordstrom.com Jun 21 2012 01:11:36     Nordstrom,    PO Box 13589,
              Scottsdale, AZ 85267-3589
14473596     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 21 2012 01:10:48
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
14147321     +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2012 02:53:10     Sams Club,    PO Box 530942,
              Atlanta, GA 30353-0942
14398870     +E-mail/Text: bncmail@w-legal.com Jun 21 2012 01:16:06     TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14147327     +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2012 02:02:43     Walmart,    PO Box 530927,
              Atlanta, GA 30353-0927
                                                                                       TOTAL: 9

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14147328    ##Wells Fargo,    5101 Washington, Ste 29,    Gurnee, IL 60031-5913
                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dpruitt           Page 2 of 3                Date Rcvd: Jun 20, 2012
                             Form ID: pdf006          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2012**                    **Signature:** _Joseph Speetjens_

District/off: 0752-1          User: dpruitt          Page 3 of 3          Date Rcvd: Jun 20, 2012
                              Form ID: pdf006        Total Noticed: 36

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2012 at the address(es) listed below:
          David P Leibowitz    on behalf of Debtor Frank Lux dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          Gina B Krol    on behalf of Trustee Joseph Cohen gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Joseph Cohen jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Joseph E Cohen    jcohenattorney@aol.com,   jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Creditor  Wells Fargo Auto Finance, Inc. Courts@tmlong.com
          Yan  Teytelman    on behalf of Trustee Joseph Cohen law_4321@yahoo.com,
           Billbusters@BestClientinc.com;BorgesLawOffice@gmail.com
                                                                                    TOTAL: 7