**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUX, FRANK | § | Case No. 09-25016 |
| LUX, ANNEMARIE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 69,981.21 |
| Total Distributions to Claimants: 84,117.69 | Claims Discharged<br>Without Payment: 149,216.07 |
| Total Expenses of Administration: 25,932.08 | |

3) Total gross receipts of $ 140,049.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $ 110,049.77 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 47,169.56 | $ 42,568.77 | $ 42,568.77 | $ 42,568.77 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,932.08 | 25,932.08 | 25,932.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,450.55 | 81,314.44 | 81,314.44 | 41,548.92 |
| **TOTAL DISBURSEMENTS** | $ 156,620.11 | $ 149,815.29 | $ 149,815.29 | $ 110,049.77 |

4) This case was originally filed under chapter 7 on 07/10/2009 . The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2012 By:/s/JOSEPH E. COHEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 140,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 49.77 |
| **TOTAL GROSS RECEIPTS** | | $ 140,049.77 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Frank & Annemarie Lux | Exemptions | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 30,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Park Ridge Community Bank 626 Talcott Road PO Box 829 Park Ridge, IL 60068 | | 36,736.74 | NA | NA | 0.00 |
| | Wells Fargo Auto Finance PO Box 29704 Phoenix, AZ 85038 | | 10,432.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Payment of secured claim | 4110-000 | NA | 42,568.77 | 42,568.77 | 42,568.77 |
| TOTAL SECURED CLAIMS | | | $ 47,169.56 | $ 42,568.77 | $ 42,568.77 | $ 42,568.77 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | 2100-000 | NA | 8,752.49 | 8,752.49 | 8,752.49 |
| JOSEPH E. COHEN | 2200-000 | NA | 101.37 | 101.37 | 101.37 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 76.68 | 76.68 | 76.68 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 69.89 | 69.89 | 69.89 |
| Misc. expenses | 2500-000 | NA | 392.44 | 392.44 | 392.44 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 73.71 | 73.71 | 73.71 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 71.24 | 71.24 | 71.24 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 71.16 | 71.16 | 71.16 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 75.60 | 75.60 | 75.60 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 68.42 | 68.42 | 68.42 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 70.67 | 70.67 | 70.67 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 72.91 | 72.91 | 72.91 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | 3110-000 | NA | 2,670.34 | 2,670.34 | 2,670.34 |
| JOSEPH E. COHEN | 3110-000 | NA | 1,335.16 | 1,335.16 | 1,335.16 |
| CHURCHILL, QUINN, RICHTMAN & HAMILT | 3210-000 | NA | 850.00 | 850.00 | 850.00 |
| COOKE & LEWIS, LTD. | 3410-000 | NA | 2,625.00 | 2,625.00 | 2,625.00 |
| COOKE & LEWIS, LTD. | 3420-000 | NA | 280.00 | 280.00 | 280.00 |
| Broker's real estate commission | 3510-000 | NA | 8,275.00 | 8,275.00 | 8,275.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 25,932.08 | $ 25,932.08 | $ 25,932.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | American First Credit Union PO Box 60035 La Habra, CA 90631-4026 | | 8,034.09 | NA | NA | 0.00 |
| | Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | 26,088.65 | NA | NA | 0.00 |
| | Capital One Bank PO Box 30281 Salt Lake City, UT 84130-0281 | | 13,061.00 | NA | NA | 0.00 |
| | Chase - TJX Companies 800 Brooksedge Blvd Westerville, OH 43081 | | 598.00 | NA | NA | 0.00 |
| | Chase BP Po Box 15298 Wilmington, DE 19850-5298 | | 524.82 | NA | NA | 0.00 |
| | Chase Bank USA 800 Brooksedge Blvd Westerville, OH 43081 | | 6,489.42 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank 701 E 60th St N<br>Sioux Falls, SD 57104 | | 15,851.00 | NA | NA | 0.00 |
| | ExxonMobil/Citibank Credit<br>Bureau Disp PO box 6497<br>Sioux Falls, SD 57117-6497 | | 1,900.00 | NA | NA | 0.00 |
| | HSBC Bank PO Box 5253<br>Carol Stream, IL 60197 | | 711.00 | NA | NA | 0.00 |
| | HSBC Best Buy PO Box 5253<br>Carol Stream, IL 60197 | | 681.03 | NA | NA | 0.00 |
| | Kohls/Chase N56W17000<br>Ridgewood Drive<br>Menomonee Falls, WI 53051 | | 1,194.00 | NA | NA | 0.00 |
| | Macy's PO Box 183084<br>Columbus, OH 43218 | | 6,379.29 | NA | NA | 0.00 |
| | Menards PO Box 17602<br>Baltimore, MD 21297-1602 | | 0.00 | NA | NA | 0.00 |
| | Nordstrom PO Box 13589<br>Scottsdale, AZ 85267 | | 4,426.00 | NA | NA | 0.00 |
| | Sams Club PO Box 530942<br>Atlanta, GA 30353 | | 1,276.00 | NA | NA | 0.00 |
| | Sears PO Box 183081<br>Columbus, OH 43218 | | 5,157.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TJ Maxx PO box 15298 Wilmington, DE 19850 | | 597.97 | NA | NA | 0.00 |
| | TNB - Visa PO Box 673 Minneapolis, MN 55440-0673 | | 5,710.00 | NA | NA | 0.00 |
| | Target PO box 59317 Minneapolis, MN 55459 | | 5,669.69 | NA | NA | 0.00 |
| | Union Plus Master Card PO Box 80027 Salinas, CA 93912 | | 1,521.39 | NA | NA | 0.00 |
| | WFN - Dress Barn PO Box 182273 Columbus, OH 43218-2273 | | 0.00 | NA | NA | 0.00 |
| | Walmart PO box 530927 Atlanta, GA 30353 | | 2,680.20 | NA | NA | 0.00 |
| | Wells Fargo 5101 Washington, Ste 29 Gurnee, IL 60031-5913 | | 900.00 | NA | NA | 0.00 |
| 000004 | CHASE BANK USA, N.A. | 7100-000 | NA | 6,408.25 | 6,408.25 | 3,274.40 |
| 000003 | CHASE BANK USA, N.A. | 7100-000 | NA | 562.42 | 562.42 | 287.38 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | NA | 496.51 | 496.51 | 253.70 |
| 000008 | CHASE BANK USA,N.A | 7100-000 | NA | 1,267.28 | 1,267.28 | 647.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 27,246.81 | 27,246.81 | 13,922.20 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 8,199.49 | 8,199.49 | 4,189.66 |
| 000010 | GE MONEY BANK DBA SAM'S CLUB | 7100-000 | NA | 1,432.51 | 1,432.51 | 731.96 |
| 000011 | GE MONEY BANK DBA WALMART | 7100-000 | NA | 2,680.97 | 2,680.97 | 1,369.88 |
| 000014 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | NA | 2,534.01 | 2,534.01 | 1,294.79 |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 1,853.88 | 1,853.88 | 947.27 |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 16,358.88 | 16,358.88 | 8,358.83 |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 5,735.86 | 5,735.86 | 2,930.83 |
| 000001 | TARGET NATIONAL BANK | 7100-000 | NA | 5,834.57 | 5,834.57 | 2,981.27 |
| 000009 | WELLS FARGO FINANCIAL ILLINOIS, INC | 7100-000 | NA | 703.00 | 703.00 | 359.21 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 109,450.55 | $ 81,314.44 | $ 81,314.44 | $ 41,548.92 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 09-25016 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: LUX, FRANK
LUX, ANNEMARIE
For Period Ending: 12/17/12

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 07/10/09 (f)
341(a) Meeting Date: 08/03/09
Claims Bar Date: 11/27/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 Bedroom/2 bathrooms/ranch Home 1823 Paddock Ct G | 157,000.00 | 0.00 | | 88,763.79 | FA |
| 2. Savings Bank Financial 1409 Peterson Rd, Libertyvi | 400.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking Bank Financial 1409 Peterson Rd, Libertyv | 700.00 | 0.00 | | 0.00 | 0.00 |
| 4. Furniture and household appliances Residence | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. 3 small Lladro's Residence | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. Clothing Residence | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Wedding rings, pearls, costume jewelry Residence | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. Golf clubs (25 years old) Residence | 400.00 | 0.00 | | 0.00 | 0.00 |
| 9. Metropolitan Life Insurance Metropolitan Life Insu | 26,381.21 | 0.00 | | 0.00 | 0.00 |
| 10. Annuity Genworth Insurance Lynchberg, VA | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. Annuity Alliance | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. 401(k) with work SVU Star-410k | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 13. 1989 Honda Civic 2 Door - 100,500 Miles Residence | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. 2002 Honda Civic 4 Door - 95,000 miles Residence | 6,200.00 | 0.00 | | 0.00 | 0.00 |
| 15. Computer Residence | 400.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 49.77 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $203,181.21 | $0.00 | | $88,813.56 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL HOUSE OWNED BY THE DEBTOR. TRUSTEE HAS SOLD HOUSE. TRUSTEE TO EMPLOY AN ACCOUNTANT AND PREPARE HIS FINAL REPORT. TRUSTEE HAS EMPLOYED AN ACCOUNTANT AND WILL FILE A FINAL REPORT BY MARCH 31, 2012.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-25016 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LUX, FRANK<br>LUX, ANNEMARIE | Date Filed (f) or Converted (c): | 07/10/09 (f) |
| | | 341(a) Meeting Date: | 08/03/09 |
| | | Claims Bar Date: | 11/27/09 |

Initial Projected Date of Final Report (TFR): 05/31/11 Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-25016 -ABG
Case Name: LUX, FRANK
LUX, ANNEMARIE
Taxpayer ID No: *******9961
For Period Ending: 12/17/12

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1053 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/09 | 1 | Butler Family Trust | Proceeds from sale of real estate | | 88,763.79 | | 88,763.79 |
| | | BUTLER FAMILY TRUST | Memo Amount: 140,000.00 | 1110-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Memo Amount: ( 42,568.77 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | | Memo Amount: ( 8,275.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount: ( 392.44 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| | | | Misc. expenses | | | | |
| 10/29/09 | 000301 | Frank & Annemarie Lux | Homestead Exemption | 8100-002 | | 30,000.00 | 58,763.79 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.62 | | 58,767.41 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.65 | | 58,771.06 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.50 | | 58,773.56 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.49 | | 58,776.05 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.25 | | 58,778.30 |
| 03/26/10 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 69.89 | 58,708.41 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.50 | | 58,710.91 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,713.32 |
| 05/19/10 | 000303 | Churchill, Quinn, Richtman & Hamilton | Attorney fees per court order | 3210-000 | | 850.00 | 57,863.32 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.47 | | 57,865.79 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.39 | | 57,868.18 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.45 | | 57,870.63 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.47 | | 57,873.10 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.38 | | 57,875.48 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.45 | | 57,877.93 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.39 | | 57,880.32 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.46 | | 57,882.78 |

Page Subtotals 88,802.67 30,919.89

Ver: 17.00b

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-25016 -ABG
Case Name: LUX, FRANK
LUX, ANNEMARIE
Taxpayer ID No: *******9961
For Period Ending: 12/17/12

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1053 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.46 | | 57,885.24 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.44 | | 57,885.68 |
| 03/29/11 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 28.33 | 57,857.35 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,857.84 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 57,858.31 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.50 | | 57,858.81 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,859.29 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,859.78 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,860.27 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,860.75 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,861.24 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.71 | 57,787.53 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 57,788.00 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.24 | 57,716.76 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,717.24 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.16 | 57,646.08 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,646.57 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 75.60 | 57,570.97 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 57,571.43 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 68.42 | 57,503.01 |
| 03/11/12 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 48.35 | 57,454.66 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,455.14 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 70.67 | 57,384.47 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.48 | | 57,384.95 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 72.91 | 57,312.04 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,312.53 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 57,312.99 |
| 07/19/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.29 | | 57,313.28 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 10.89 | 580.39 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-25016 -ABG
Case Name: LUX, FRANK
LUX, ANNEMARIE
Taxpayer ID No: *******9961
For Period Ending: 12/17/12

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1053 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/19/12 | | Transfer to Acct #*******2251 | Final Posting Transfer | 9999-000 | | 57,313.28 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 140,000.00 |
| Memo Allocation Disbursements: | 51,236.21 |
| Memo Allocation Net: | 88,763.79 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 88,813.56 | 88,813.56 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 57,313.28 | |
| Subtotal | 88,813.56 | 31,500.28 | |
| Less: Payments to Debtors | | 30,000.00 | |
| Net | 88,813.56 | 1,500.28 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 57,313.28 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-25016 -ABG
Case Name: LUX, FRANK
LUX, ANNEMARIE
Taxpayer ID No: *******9961
For Period Ending: 12/17/12

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2251 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/12 | | Transfer from Acct #*******1053 | Transfer In From MMA Account | 9999-000 | 57,313.28 | | 57,313.28 |
| 07/25/12 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 8,752.49 | 48,560.79 |
| 07/25/12 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 101.37 | 48,459.42 |
| 07/25/12 | 003003 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 2,670.34 | 45,789.08 |
| 07/25/12 | 003004 | COOKE & LEWIS, LTD. | Accountant for Trustee Fees (Other | | | 2,905.00 | 42,884.08 |
| | | | Fees 2,625.00 | 3410-000 | | | |
| | | | Expenses 280.00 | 3420-000 | | | |
| 07/25/12 | 003005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,335.16 | 41,548.92 |
| 07/25/12 | 003006 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001, Payment 51.09665% | 7100-000 | | 2,981.27 | 38,567.65 |
| 07/25/12 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 51.09665% | 7100-000 | | 253.70 | 38,313.95 |
| 07/25/12 | 003008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 51.09704% | 7100-000 | | 287.38 | 38,026.57 |
| 07/25/12 | 003009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 51.09663% | 7100-000 | | 3,274.40 | 34,752.17 |
| 07/25/12 | 003010 | PYOD LLC its successors and assigns as assignee of | Claim 000005, Payment 51.09661% | 7100-000 | | 2,930.83 | 31,821.34 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 57,313.28 | 25,491.94 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-25016 -ABG
Case Name: LUX, FRANK
LUX, ANNEMARIE
Taxpayer ID No: *******9961
For Period Ending: 12/17/12

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2251 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | | | | | |
| 07/25/12 | 003011 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000006, Payment 51.09659% | 7100-000 | | 8,358.83 | 23,462.51 |
| 07/25/12 | 003012 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000007, Payment 51.09662% | 7100-000 | | 947.27 | 22,515.24 |
| 07/25/12 | 003013 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000008, Payment 51.09684% | 7100-000 | | 647.54 | 21,867.70 |
| 07/25/12 | 003014 | Wells Fargo Financial Illinois, Inc<br>4137 121st Street<br>Urbandale IA 50323 | Claim 000009, Payment 51.09673%<br>(9-1) unsecured claim | 7100-000 | | 359.21 | 21,508.49 |
| 07/25/12 | 003015 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000010, Payment 51.09633% | 7100-000 | | 731.96 | 20,776.53 |
| 07/25/12 | 003016 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000011, Payment 51.09643% | 7100-000 | | 1,369.88 | 19,406.65 |
| 07/25/12 | 003017 | FIA CARD SERVICES, NA/BANK OF AMERICA | Claim 000012, Payment 51.09659% | 7100-000 | | 4,189.66 | 15,216.99 |

Page Subtotals 0.00 16,604.35

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-25016 -ABG
Case Name: LUX, FRANK
LUX, ANNEMARIE
Taxpayer ID No: *******9961
For Period Ending: 12/17/12

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2251 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | | | | |
| 07/25/12 | 003018 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000013, Payment 51.09662% | 7100-000 | | 13,922.20 | 1,294.79 |
| 07/25/12 | 003019 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Union<br>POB 41067<br>NORFOLK VA 23541 | Claim 000014, Payment 51.09648% | 7100-000 | | 1,294.79 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 57,313.28 | 57,313.28 | 0.00 |
| Less: Bank Transfers/CD's | 57,313.28 | 0.00 | |
| Subtotal | 0.00 | 57,313.28 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 57,313.28 | |

| | |
|---|---|
| Total Allocation Receipts: | 140,000.00 |
| Total Allocation Disbursements: | 51,236.21 |
| Total Memo Allocation Net: | 88,763.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1053 | 88,813.56 | 1,500.28 | 0.00 |
| BofA - Checking Account - ********2251 | 0.00 | 57,313.28 | 0.00 |
| | 88,813.56 | 58,813.56 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 15,216.99 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-25016 -ABG
Case Name: LUX, FRANK
LUX, ANNEMARIE
Taxpayer ID No: *******9961
For Period Ending: 12/17/12

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2251 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.00b